UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.L., individually and on behalf of A.L.,

                Plaintiff,

-against-

New York City Department of Education,

                Defendant.

21 Civ. 3926 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for July 6, 2021, is ADJOURNED to **July 7, 2021**, at **10:20 a.m.**

    SO ORDERED.

Dated: May 17, 2021
       New York, New York

ANALISA TORRES
United States District Judge