UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.L., individually and on behalf of A.L.,

                    Plaintiff,

-against-

New York City Department of Education,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021
```

21 Civ. 3926 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **September 10, 2021**, the parties shall provide an update on the status of settlement discussions.

    SO ORDERED.

Dated: September 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge